## EL PUEBLO, DEMANDANTE Y APELADO, *v.* MENDOZA, ACUSADO Y APELANTE.

No. 2321.—*Visto:* Diciembre 11, 1924. *Resuelto:* Diciembre 19, 1924.

HOMICIDIO VOLUNTARIO—PRUEBA DEL HOMICIDIO.—*Se resolvió* en este caso: que la prueba circunstancial aportada por dos testigos, quienes declararon que estando el acusado Mendoza en el ventorrillo de Higinio Bermúdez llegó a él al oscurecer Pedro Zambrana e invitó a Mendoza a que fuera con él a la playa del Pastillo de Juana Díaz y que ambos salieron para allí montados a caballo, sitio en el cual fué encontrado muerto Pedro Zambrana pocas horas después; y la prueba de corroboración consistente en las manifestaciones hechas por el acusado respecto a que en el sitio del Pastillo tuvo una lucha cuerpo a cuerpo con Zambrana en la que cayeron al suelo,. que en ella disparó dos tiros contra Zambrana (y otras que se consignan en la opinión), son evidencia suficiente para justificar un veredicto de homicidio voluntario.

SENTENCIA de *R. Díaz Cintrón,* J. (Ponce), condenando al acusado por delito de homicidio voluntario. *Confirmada.*

*F. Parra* y *L. Tormes,* abogados del apelante; *José E. Figueras, Fiscal,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

El apelante fué acusado del delito de asesinato y la única cuestión suscitada en esta apelación contra la resolución que le negó un nuevo juicio y contra la sentencia que lo condenó por delito de homicidio voluntario como consecuencia de un veredicto del jurado en tal sentido es, que no hay prueba de que el apelante hubiera podido tener encuentro alguno con el interfecto Pedro Zambrana fuera de la explicación que

de los hechos dió el acusado, y que de acuerdo con esa evidencia el jurado no podía rendir veredicto de culpabilidad por homicidio voluntario. En otras palabras, que no ha sido probado el *corpus delicti* por no haber evidencia directa ni circunstancial y sí sólo de confesión del apelante sin corroboración. En consecuencia se hace necesario un examen de la evidencia.

Que Pedro Zambrana murió a consecuencia de heridas de bala que recibió está probado con evidencia directa del médico que hizo su autopsia y del testigo Rafael Vargas que lo vió muerto, por lo que sólo resta examinar si fué el apelante quien le produjo las heridas que le causaron la muerte.

Si bien no hay prueba directa que relacione al acusado con la muerte de Pedro Zambrana sin embargo hay prueba circunstancial y de corroboración de las manifestaciones hechas por el acusado suficiente para poder llegar a la conclusión de que fué Mendoza el que mató a Zambrana, pues dos testigos declararon que estando Mendoza en el ventorrillo de Higinio Bermúdez llegó a él al oscurecer Pedro Zambrana e invitó a Mendoza a que fuera con él a la Playa del Pastillo de Juana Díaz y que ambos salieron para allí montados a caballo, sitio en el cual fué encontrado muerto Pedro Zambrana pocas horas después; y las manifestaciones hechas por el acusado respecto a que en el sitio del Pastillo tuvo una lucha cuerpo a cuerpo con Zambrana en la que cayeron al suelo, que en ella disparó dos tiros contra Zambrana y que momentos después de esos sucesos estuvo en la casa de Juan Vargas a quien enseñó un revólver sin tapa que había quitado a Zambrana y que pidió a Rafael Vargas un caballo, diciéndole que el de él y de Zambrana estaban sueltos en la finca de que Vargas es mayordomo, están corroboradas por los hechos de que el sitio donde fué encontrado mostraba señales de muchos resbalones por estar húmedo a causa de la lluvia de aquella tarde, resbalones indicativos de una lucha; porque Zambrana tenía dos heridas de bala de revólver; porque el acusado entregó a la policía

un revólver diciendo que era el de Zambrana; porque en el sitio donde estaba muerto Zambrana fué encontrada la tapa del revólver, y por el hecho de que fueron encontrados sueltos en la finca de que es mayordomo Vargas los caballos de Zambrana y de Mendoza, los que sus respectivos hermanos recogieron al día siguiente.

En vista de esa prueba circunstancial y de corroboración no podemos declarar que el acusado fué relacionado con la muerte de Zambrana por sus solas manifestaciones, por lo que *la negativa de nuevo juicio y la sentencia apelada deben ser confirmadas.*